**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6149**

ANNIS RECARDO LLOYD,

                    Plaintiff - Appellant,

          v.

I. B. LOVELL; D. D. GRONAU,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge.   (5:08-ct-03174-H)

Submitted:  May 21, 2009               Decided:  May 29, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Annis Recardo Lloyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annis Recardo Lloyd appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action raising allegations of defamation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lloyd v. Lovell</u>, No. 5:08-ct-03174-H (E.D.N.C. Jan. 22, 2009). We deny as moot Lloyd's motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>